# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re:

    Michael Porzio

        Debtor(s)                                                Case No. 23-50193 (JAM)

    Michael Porzio

        Plaintiff(s)                                           Adversary No. 23-5014

    V.

    Linda St. Pierre, et al.

        Defendant(s)

## ORDER DISMISSING ADVERSARY PROCEEDING

On August 18, 2023, an Order Dismissing Case entered on Bankruptcy Case 23-50193, *see* ECF No 61.   Therefore, the Court's jurisdiction over all proceedings therein having terminated, it is hereby

**ORDERED** that the above-captioned adversary proceeding is **DISMISSED** for lack of jurisdiction.

Dated at Bridgeport, Connecticut this 18th day of August, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut