# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 8/18/2023 |
| Case: 23−05014 | Form ID: pdfdoc2 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla          Michael Porzio          2 Angora Road          Westport, CT 06880

TOTAL: 1